UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEFFREY A. BEARD, et al.,<br><br>　　　　Defendants. | 1:14-cv-00625-LJO-GSA-PC<br><br>ORDER DENYING MOTION<br>(Doc. 14.) |

　　　Felipe Garcia ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on April 28, 2014.  (Doc. 1.)

　　　On September 24, 2014, Plaintiff filed a motion for correction to the court's docket in case 1:13-cv-00599-LJO-SKO.  (Doc. 14.)  This motion is more properly brought in case 1:13-cv-00599-LJO-SKO.  Therefore, the motion shall be denied in this case.  If Plaintiff wishes the court to consider his motion, he must file a separate motion in case 1:13-cv-00599-LJO-SKO.[1]

　　　Accordingly, Plaintiff's motion, filed on September 24, 2014, is DENIED.

IT IS SO ORDERED.

　　Dated:　**September 25, 2014**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also requests a jury trial in both cases.  The request for jury trial is moot in this case, because Plaintiff made a demand for jury trial in his Complaint on April 28, 2014.  (Doc. 1.)  To request a jury trial in case 1:13-cv-00599-LJO-SKO, Plaintiff must file a separate request in that case.

1