# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>             Plaintiff,<br><br>         vs.<br><br>JEFFERY A. BEARD, et al.,<br><br>             Defendants. | 1:14-cv-00625-LJO-GSA-PC<br><br>ORDER STRIKING DOCUMENT AS IMPROPERLY FILED<br>(Doc. 21.) |

Felipe Garcia ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2015, Plaintiff filed a document addressing Magistrate Judge Sheila K. Oberto, requesting initiation of service, requesting appointment of counsel, and requesting the court to intervene in events occurring at the prison. (Doc. 21.) Plaintiff refers to the present case number, and also the case number for another pending case which is assigned to Magistrate Judge Oberto. (Id.)

Plaintiff may not bring a motion for multiple cases in this manner. The court will not consider one motion for multiple cases. As Plaintiff was informed in the court's Informational Order issued on April 30, 2014, a document meant to be considered in more than one case must

be filed, by separate copies of the document, in *each* of the cases, using the correct case number for each case. (See Informational Order, Doc. 19 at 2 ¶II.A, F.)  The Magistrate Judge assigned to this case is the Honorable Gary S. Austin, not the Honorable Sheila K. Oberto.  Here, Plaintiff should file two separate documents, each referring to only one case number, addressing only the case in which the document is to be filed.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's document filed on April 8, 2015, is STRICKEN from the record as improperly filed.[1]

IT IS SO ORDERED.

    Dated:   **April 16, 2015**               **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, Doc. 19 at 2 ¶II.A.)