# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA, | Case No. 1:14-cv-00625 LJO SAB PC |
| Plaintiff, | ORDER DENYING AS MOOT MOTION FOR CASE STATUS |
| v. | (ECF NO. 24) |
| K. HOLLAND, et al., | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| Defendants. | (ECF NO. 26) |

Plaintiff Garcia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 19, 2015, Plaintiff filed a motion titled as a motion for case status. On December 2, 2015, an order was entered, directing Plaintiff to either file an amended complaint or proceed on the claims found by the Court to be cognizable. The motion for case status is therefore moot. Plaintiff was granted thirty days in which to respond the Court's order.

On December 11, 2015, Plaintiff filed a motion for extension of time. In his motion, Plaintiff indicated that he is preparing an amended complaint, and indicated that he has limited law library access. Plaintiff seeks an extension of time to February 1, 2016, in which to file an

1

amended complaint.    Good cause having been presented to the Court, Plaintiff's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for case status is denied as moot.
2. Plaintiff's motion for extension of time is granted.    Plaintiff has until February 1, 2016, in which to file an amended complaint.

IT IS SO ORDERED.

Dated:    **December 14, 2015**

UNITED STATES MAGISTRATE JUDGE