# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00625-LJO-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SCREENING<br><br>(ECF NO. 29) |

On March 16, 2015, Plaintiff filed a motion requesting the Court to screen the December 23, 2015, first amended complaint. Plaintiff's first amended complaint is lengthy and includes multiple causes of action. Case management at this Court proceeds by the order cases are received. Due to the caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time. Plaintiff's case will be screened in due course and appropriate orders will issue.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to screen the first amended complaint is denied.

IT IS SO ORDERED.

Dated: **March 18, 2016**

UNITED STATES MAGISTRATE JUDGE