# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>J. HOBMEIER, et al.,<br><br>            Defendants. | Case No.  1:14-cv-00625-LJO-SAB (PC)<br><br>ORDER REGARDING MOTIONS FOR CASE STATUS<br><br>(ECF Nos. 51, 52) |

Plaintiff Felipe Garcia is appearing pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court are Plaintiff's motions requesting a case status, filed on February 15, 2017, (ECF No. 51), and on April 6, 2017, (ECF No. 52). In both motions, Plaintiff expresses concerns that he may not have received any orders regarding Defendant's pending motion for summary judgment, filed on October 19, 2016 (ECF No. 44).

No rulings have yet been issued on Defendant's pending motion for summary judgment. The motion will be addressed in due course, and Plaintiff will be notified.

IT IS SO ORDERED.

Dated:  **April 7, 2017**

UNITED STATES MAGISTRATE JUDGE