# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>J. HOBMEIER, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00625-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S THIRD MOTION FOR CASE STATUS AND RULING<br><br>(ECF Nos. 51, 52) |

Plaintiff Felipe Garcia is appearing pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Plaintiff's third motion for a case status. (ECF No. 54.) Plaintiff seeks information on any ruling on Defendants' pending motion for summary judgment under Federal Rule of Civil Procedure 56, made on the grounds that Plaintiff failed to exhaust his administrative remedies prior to filing the instant lawsuit. Plaintiff reiterates his argument in his opposition that administrative remedies were unavailable, and asserts that this case should proceed to a jury trial.

///

///

///

///

1

As Plaintiff has been previously informed, Defendants' motion will be addressed in due course, and Plaintiff will be notified. No further status motions or submissions on this issue should be filed.

IT IS SO ORDERED.

Dated: **June 15, 2017**

UNITED STATES MAGISTRATE JUDGE