# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>J. HOBMEIER, et al.,<br><br>   Defendants. | Case No. 1:14-cv-00625-LJO-SAB (PC)<br><br>ORDER RELIEVING DEFENDANTS OF OBLIGATION TO FILE A RESPONSIVE PLEADING UNTIL THE ISSUE OF EXHAUSTION IS RESOLVED |

Plaintiff Felipe Garcia is appearing pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 23, 2016, the Court granted Defendants' ex parte request to file a pre-answer motion for summary judgment and tolled the time for Defendants to file an answer until after the decision on the motion for summary judgment. (ECF No. 39.) On October 19, 2016, Defendants filed a pre-answer motion for summary judgment for failure to exhaust administrative remedies. (ECF No. 44.)

On July 26, 2017, the undersigned issued findings and recommendations recommending denying Defendants' motion for summary judgment. (ECF No. 56.) On August 25, 2017, the assigned district judge adopted the findings and recommendations to deny Defendants' motion for summary judgment. (ECF No. 59.) On August 29, 2017, the undersigned issued an order directing Defendants to respond to the complaint by September 8, 2017. (ECF No. 60.)

1

1    On September 5, 2017, the assigned district judge issued an order amending the order
2 adopting findings and recommendations, denying Defendants' motion for summary judgment,
3 and referring the matter to the undersigned for the purpose of setting and conducting an
4 evidentiary hearing on the issue of exhaustion. (ECF No. 61.)

   Accordingly, IT IS HEREBY ORDERED that Defendants are relieved of the obligation to file a responsive pleading until the issue of exhaustion is resolved or until further order of the court.

IT IS SO ORDERED.

Dated:   **September 5, 2017**

                                            UNITED STATES MAGISTRATE JUDGE