# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>J. HOBMEIER, et al.,<br><br>        Defendants. | Case No. 1:14-cv-00625-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION ON THE ISSUE OF EXHAUSTION<br><br>(ECF No. 64) |

Plaintiff Felipe Garcia is appearing pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On September 14, 2017, Defendants filed a request for leave to take Plaintiff's deposition on the issue of exhaustion. (ECF No. 64.)

On October 19, 2016, Defendants filed a motion for summary judgment for failure to exhaust administrative remedies. On September 5, 2017, the assigned district judge issued an order amending the order adopting findings and recommendations, denying Defendants' motion for summary judgment, and referring the matter to the undersigned for the purpose of setting and conducting an evidentiary hearing on the issue of exhaustion.

On September 6, 2017, the undersigned set the matter for an evidentiary hearing to decide the disputed issues of fact relating to the exhaustion of Plaintiff's claims. The hearing is set for Wednesday, October 25, 2017, at 1:00 p.m. The Court also ordered that the parties confer

1

regarding the witnesses to be called and the evidence to be presented at the hearing no later than October 11, 2017, that defense counsel file a statement setting forth the witnesses to be called and the documents to be presented at the hearing no later than October 18, 2017, and that the original and three copies of all exhibits, along with exhibit lists, be submitted no later than October 18, 2017.

Having reviewed Defendants' request, the Court shall grant Defendants leave to take the deposition of Plaintiff on the issue of exhaustion.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court grants Defendants leave to take the deposition of Plaintiff on the issue of exhaustion;

2. The deposition of Plaintiff shall be completed by October 18, 2017, and any deposition transcript that Defendants intend to use at the evidentiary hearing shall be submitted by October 18, 2017; and

3. The taking of Plaintiff's deposition on the issue of exhaustion will not preclude Defendants from deposing Plaintiff and propounding other forms of discovery on other issues in the case should this case proceed to general discovery on the merits of the case.

IT IS SO ORDERED.

Dated: **September 15, 2017**

UNITED STATES MAGISTRATE JUDGE