# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>J. HOBMEIER, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00625-LJO-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO PARTIES' STIPULATION OF VOLUNTARY DISMISSAL<br><br>(ECF No. 70) |

    Plaintiff Felipe Garcia is appearing pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2017, the parties filed a stipulation of voluntary dismissal with prejudice with each party to bear its own costs and fees. (ECF No. 70.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of costs or fees.

    Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). It is FURTHER ORDERED that all pending dates and matters in this action are VACATED.

IT IS SO ORDERED.

Dated: **September 29, 2017**

                                          UNITED STATES MAGISTRATE JUDGE