# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>J. HOBMEIER, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00625-LJO-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE FELIPE GARCIA ON OCTOBER 25, 2017<br><br>(ECF No. 67) |

On September 28, 2017, the Court issued an order and writ of habeas corpus ad testificandum to transport Plaintiff, Felipe Garcia, for proceedings in this case on October 25, 2017. (ECF No. 67.) On September 28, 2017, the parties filed a stipulation of voluntary dismissal with prejudice, which terminated this action. (ECF No. 70.)

Accordingly, the writ of habeas corpus ad testificandum to transport inmate Felipe Garcia for proceedings in this case on October 25, 2017, is HEREBY VACATED. <u>The Clerk of the Court is directed to serve a copy of this order on the litigation coordinator at the RJ Donovan Correctional Facility.</u>

IT IS SO ORDERED.

Dated: **September 29, 2017**

                                                UNITED STATES MAGISTRATE JUDGE